# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER, BRIAN O'KEEFE, JOHN ROSKY, RICHARD LANCASTER, | Case No. 3:17-cv-00281-MMD-WGC |
| Plaintiffs, | **ORDER** |
| v. | |
| LUCINDA COUMOU, *et al.*, | |
| Defendants. | |

Plaintiffs submitted their pro se complaint on May 2, 2017. (ECF Nos. 1-1 to 1-4.) A notice was entered that no application to proceed in forma pauperis (IFP) or filing fee was received with the initiating documents. (ECF No. 1.) On May 4, 2017, Plaintiffs filed a "Resubmission of IFP with Orders to Proceed [IFP], as Previously Submitted, With Request for Extension of Time to Submit New Financials if Necessary." (ECF No. 3.) This filing contains applications to proceed in IFP in the United States District Court for the District of Nevada on behalf of each of the four Plaintiffs, but omit the required completed financial certificate indicating their prison account current balance, average monthly balance and average monthly deposits. (ECF No. 3 at 3-6 (Rimer), 8-11 (O'Keefe), 13-15 (Rosky), 17-19 (Lancaster). Plaintiffs attach orders granting them IFP status in State court, the Eleventh Judicial District Court of the State of Nevada in and for the County of Pershing. (ECF No. 3 at 7 (Rimer), 12 (O'Keefe), 16 (Rosky), 20 (Lancaster).

However, an order granting an application to proceed IFP in State court does not mean IFP status will be granted in federal court pursuant to 28 U.S.C. § 1915(a)(1). In addition, federal law requires that a "prisoner seeking to bring a civil action … without prepayment of fees" must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the

prisoner for the 6-month period immediately preceding the filing of the complaint … obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). The Plaintiff's submission indicates that if updated financials are required, Plaintiff's seek an extension of time to submit them.

Plaintiffs shall have up to and including **June 14, 2017** to submit their respective financial certificates or pay the filing fee, or the undersigned will recommend that this action be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: May 24, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE