UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER, BRIAN O'KEEFE, JOHN ROSKY, RICHARD LANCASTER, <br><br>Plaintiffs, <br><br>v. <br><br>LUCINDA COUMOU, *et al.*, <br><br>Defendants. | Case No. 3:17-cv-00281-MMD-WGC <br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 38.) This Court certifies that Plaintiffs' appeal from its order of dismissal is not frivolous and their *in forma pauperis* should continue on appeal.

DATED THIS 5th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE